UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br>80 F Street N.W.,<br>Washington, D.C. 20001,<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br>LOCAL 3707<br>975 Patriot Ave,<br>Chicopee, MA 01022,<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO,<br>1625 L Street, N.W.<br>Washington, D.C. 20036,<br><br>And<br><br>NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.<br>159 Thomas Burgin Parkway<br>Quincy, MA 01269<br><br>       Plaintiffs,<br>  v.<br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br>1900 E Street, N.W.<br>Washington, D.C. 20415,<br><br>and<br>OFFICE OF PERSONNEL MANAGEMENT,<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br><br>       Defendants. | **NOTICE OF APPEARANCE OF COUNSEL MICHAEL T. ANDERSON**<br><br><br><br><br><br><br><br>Civil Action No. 25-cv-10276 |

## COUNSEL'S NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am admitted to practice law in this court, and I appear as counsel for all Plaintiffs in the above-referenced matter.

                              Respectfully submitted,

Date: February 4, 2025          /s/ Michael T. Anderson
                              Michael T. Anderson, Bar No. 645533
                              Murphy Anderson PLLC
                              33 Harrison Ave., 7th Floor
                              Boston MA 02111
                              manderson@murphypllc.com
                              Phone: (617) 227-5720

                              Washington DC office:

                              Murphy Anderson PLLC
                              1401 K St. NW Suite 300
                              Washington DC 20005
                              manderson@murphypllc.com
                              Phone: 202-223-2620