UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATIONOF GOVERNMENT EMPLOYEES, AFL-CIO et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES EZZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al..<br><br>Defendants. | Civil Action No. 25-cv-10276<br><br>**REQUEST FOR ORAL ARGUMENT**<br><br>**ON AN EMERGENCY BASIS** |

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiffs respectfully move the Court, pursuant to Fed. R. Civ. P 65(b), to enter a Temporary Restraining Order against Defendants Office of Personnel Management (OPM) and Acting OPM Director Charles Ezzell staying the February 6, 2025 deadline for acceptance of the Fork in the Road Directive, pending submission and resolution of Plaintiffs' upcoming motion for preliminary injunction.

Plaintiffs request the Court promptly hold a hearing, by video conference, regarding this motion, **no later than tomorrow February 6, 2025**, as that is the Defendants' deadline for Fork in the Road Directive resignation.

As set forth in greater detail in the accompanying memorandum of points and authorities, Plaintiffs have established that they will likely succeed on the merits of their claim under the Administrative Procedure Act that the Fork in the Road Directive is arbitrary, capricious, and not in accordance with law, that they suffer irreparable harm absent relief, and that the balance of

equities and the public interest weigh in favor of a Temporary Restraining Order. The Court should set the bond at zero dollars.

Plaintiffs further request that within 24 hours of the Temporary Restraining Order, Defendants provide written notice of the Order to all federal employees who have received the Directive and that further, they notify the Court that they have done so within 48 hours of this Order.

## CERTIFICATE OF COMPLIANCE

[Local Rule 7.1]

Pursuant to Local Rule 7.1(a) and Federal Rule of Civil Procedure 65, counsel for Plaintiffs certify that they have sent—through Defendants' counsel Christopher Hall at the U.S. Department of Justice Federal Programs Branch[1]—notice of this motion and conferred in good faith with Defendants' counsel concerning this motion in an effort to narrow or resolve the issues here before filing.

Respectfully submitted,

DATED this 5th day of February, 2025.

By: /s/ Michael T. Anderson
    Michael T. Anderson (BBO #645533)
    Nicolas Mendoza (BBO #703711)
    MURPHY ANDERSON PLLC
    1401 K Street N.W., Suite 300
    Washington, DC 20005
    Telephone: (202) 223-2620
    manderson@murphypllc.com
    nmendoza@murphypllc.com
    *Counsel for Plaintiffs*

---

[1] For the Court's information, Plaintiffs counsel has sent the verified complaint and will immediately send this motion and accompanying filings to Christopher Hall at the Department of Justice's Federal Programs Branch (Christopher.hall@usdoj.gov) following his supervisors' instructions.

2

Elena Goldstein* (NY Bar No. 4210456)
Michael C. Martinez* (D.C. Bar No. 1686872)
Daniel McGrath* (D.C. Bar No. 1531723)
Skye Perryman* (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: 202-796-4426
egoldstein@democracyforward.org
mmartinez@democracyforward.org
dmcgrath@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs*

Teague P. Paterson* (D.C. Bar No. 144528)
Matthew S. Blumin* (D.C. Bar No. 144528)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Rushab B. Sanghvi* (D.C. Bar No. 1012814)
Andres M. Grajales* (D.C. Bar No. 476894)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.

Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
Grajaa@afge.org
*Counsel for Plaintiff American Federation*
*of Government Employees, AFL-CIO*
*(AFGE) and Local 3707*

Sarah Suszczyk* (M.D. Bar No. 0512150240)
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, SEIU LOCAL 5000
NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, MA 01269
Telephone: (202) 639-6426
Facsimile: (617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of Government Employees, SEIU Local 5000*


*pro hac vice pending

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs certify that they have sent—through Defendants' counsel Christopher Hall at the U.S. Department of Justice Federal Programs Branch —notice of this motion after conferred in good faith with Defendants' counsel concerning this motion before filing. Plaintiffs' counsel will immediately send electronically copies of the filing to Defendants' counsel and will serve subsequent registered participants electronically and paper copies will be sent to any non-registered participants.

Dated: February 5, 2025                                  /s/ Michael T. Anderson

                                                         Michael T. Anderson