## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATIONOF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES EZZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al... <br><br> Defendants. | Civil Action No. 25-cv-10276 |

### UNOPPOSED MOTION FOR A VIDEO-CONFERENCED HEARING AND TO APPEAR REMOTELY

Plaintiffs respectfully move the Court to conduct the hearing on the Motion for a Temporary Restraining Order, filed herewith, by video conference through the Zoomgov.com platform **no later than February 6, 2025**. In the alternative, counsel for Plaintiffs seek leave to appear at any in-person hearing by video conference.

The Motion for a Temporary Restraining Order turns on issues of law, rather than fact. Live testimony will not be required to present Plaintiffs' case on the Motion. Lead counsel for Plaintiffs are located in Washington DC. Local counsel have offices in Boston and Washington. In view of the emergency nature of this Motion, it would be more appropriate to proceed virtually than to require travel for an in-person hearing.

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs conferred with Defendants' counsel concerning this motion, and Defendants do not oppose a video-conferenced hearing regarding the Motion for a Temporary Restraining Order or remote appearance by video conference.

Respectfully submitted,

DATED this 5th day of February, 2025.

By: /s/ Michael T. Anderson
    Michael T. Anderson (BBO #645533)
    Nicolas Mendoza (BBO #703711)
    MURPHY ANDERSON PLLC
    1401 K Street N.W., Suite 300
    Washington, DC 20005
    Telephone: (202) 223-2620
    manderson@murphypllc.com
    nmendoza@murphypllc.com
    *Counsel for Plaintiffs*

    Elena Goldstein* (NY Bar No. 4210456)
    Michael C. Martinez* (D.C. Bar No. 1686872)
    Daniel McGrath* (D.C. Bar No. 1531723)
    Skye Perryman* (D.C. Bar No. 984573)
    DEMOCRACY FORWARD FOUNDATION
    P.O. Box 34553
    Washington, D.C. 20043
    Telephone: (202) 448-9090
    Facsimile: 202-796-4426
    egoldstein@democracyforward.org
    mmartinez@democracyforward.org
    dmcgrath@democracyforward.org
    sperryman@democracyforward.org
    *Counsel for Plaintiffs*

    Teague P. Paterson* (D.C. Bar No. 144528)
    Matthew S. Blumin* (D.C. Bar No. 144528)
    AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
    1625 L Street N.W.
    Washington, DC 20036
    Telephone: (202) 775-5900

Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of
State, County, and Municipal Employees,
AFL-CIO (AFSCME)*


Rushab B. Sanghvi* (D.C. Bar No. 1012814)
Andres M. Grajales* (D.C. Bar No. 476894)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
Grajaa@afge.org
*Counsel for Plaintiff American Federation
of Government Employees, AFL-CIO
(AFGE) and Local 3707*

Sarah Suszczyk* (M.D. Bar No. 0512150240)
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, SEIU LOCAL 5000
NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, MA 01269
Telephone: (202) 639-6426
Facsimile: (617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National
Association of Government Employees,
SEIU Local 5000*


*pro hac vice pending

3

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs certify that they have sent—through Defendants' counsel Christopher Hall at the U.S. Department of Justice Federal Programs Branch —notice of this motion after conferred in good faith with Defendants' counsel concerning this motion before filing. Plaintiffs' counsel will immediately send electronically copies of the filing to Defendants' counsel and will serve subsequent registered participants electronically and paper copies will be sent to any non-registered participants.

Dated: February 5, 2025                                          /s/ Michael T. Anderson

                                                                 Michael T. Anderson