UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>Defendant. | Civil Action No. 25-cv-10276 |

## MOTION FOR ADMISSION OF ELENA GOLDSTEIN
## *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Plaintiff moves for the *pro hac vice* admission of attorney Elena Goldstein as counsel for Plaintiff in the above-titled action. This motion is supported by the Declaration of Elena Goldstein, filed herewith.

Ms. Goldstein is admitted to practice law with the bars of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the Fifth Circuit, and the Supreme Court of the United States. As set forth in Ms. Goldstein's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Michael T. Anderson, an active and sponsoring member of the Bar of this Court.

2

|  |  |
|---|---|
| Dated: Boston, MA<br>February 5, 2025 | Respectfully submitted,<br><br>/s/ *Michael T. Anderson*<br>Michael T. Anderson, BBO #645533<br>Murphy Anderson PLLC<br>1401 K Street NW, Suite 300<br>Washington, D.C. 20005<br>Phone: (202) 223-2620<br>Fax: (202) 296-9600<br>manderson@murphypllc.com<br><br>*Attorney for Plaintiff* |

2

## CERTIFICATE OF SERVICE

  I, Michael T. Anderson, hereby certify that on February 5, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated: February 5, 2025<br>   Boston, MA | /s/ *Michael T. Anderson*<br>Michael T. Anderson |