UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES EZZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-10276-GAO |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby enters his appearance on behalf of Defendants Charles Ezzell, in his official capacity as Acting Director of the Office of Personnel Management, and the Office of Personnel Management in the above-captioned matter.

Dated: February 6, 2025

Respectfully submitted,

*/s/ Joshua E. Gardner*
JOSHUA E. GARDNER (FL Bar No. 302820)
Special Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Telephone: (202) 305-7583
Fax: (202) 616-8460
Email: joshua.e.gardner@usdoj.gov

*Counsel for Defendants*