UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br>80 F Street N.W.,<br>Washington, D.C. 20001,<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br>LOCAL 3707<br>975 Patriot Ave,<br>Chicopee, MA 01022,<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO,<br>1625 L Street, N.W.<br>Washington, D.C. 20036,<br><br>And<br><br>NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.<br>159 Thomas Burgin Parkway<br>Quincy, MA 01269<br><br>   Plaintiffs,<br> v.<br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br>1900 E Street, N.W.<br>Washington, D.C. 20415,<br><br>and<br>OFFICE OF PERSONNEL MANAGEMENT,<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br><br>   Defendants. | **NOTICE OF APPEARANCE OF COUNSEL SARAH E. SUSZCZYK**<br><br><br><br><br><br><br><br><br>Civil Action No. 25-cv-10276 |

## COUNSEL'S NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am admitted to practice law in this court, and I appear as counsel for Plaintiff National Association of Government Employees, Inc., in the above-referenced matter.

                                                 Respectfully submitted,

Date: February 6, 2025                /s/ Sarah E. Suszczyk
Sarah E. Suszczyk (Maryland Bar No. 0512150240)
General Counsel
National Association of Government Employees
159 Thomas Burgin Parkway
Quincy, MA 02169
ssuszczyk@nage.org
Phone: (617) 376-7239
Fax: (617) 376-0285

Washington DC regional office:

National Association of Government Employees
1020 North Fairfax Street
Suite 200
Alexandria, VA 22314
ssuszczyk@nage.org
Phone: (627) 376-7239
Fax: (617) 376-0285

*Admitted Pro Hac Vice*