**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-10276 |
| CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S FEBRUARY 6 ORDER**

On February 5, 2025, Plaintiffs filed a motion for a temporary restraining order requesting "staying the February 6, 2025 deadline for acceptance of the Fork in the Road Directive." ECF No. 12 at 2. Defendants filed a response the following day, which was attached to a motion for excess pages, ECF No. 39, and the Court held a hearing that afternoon. During that hearing, the Court stayed the deadline for federal employees to accept the federal government's voluntary deferred resignations offer until at least February 10, 2025, and further ordered Defendants to provide notice to recipients of that extension of the deadline by the close of business on February 6. Defendants hereby notify the Court of their compliance with the Court's order, along with a declaration from Office of Personnel Management Chief Information Officer Greg Hogan and attach an exhibit reflecting the notification provided to recipients.

Dated: February 6, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

1

/s/ *Joshua E. Gardner*
JOSHUA E. GARDNER
(FL Bar No. 302820)
Special Counsel

JASON ALTABET
Trial Attorney
KEVIN BELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-7583
E-mail: Joshua.E.Gardner@usdoj.gov

**CERTIFICATE OF SERVICE**

On February 6, 2025, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another means authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Joshua E. Gardner*
JOSHUA E. GARDNER
(FL Bar No. 302820)
Special Counsel