UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-10276 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby enters his appearance on behalf of Defendants Charles Ezell, in his official capacity as Acting Director of the Office of Personnel Management, and the Office of Personnel Management in the above-captioned matter.

Dated: February 6, 2025

Respectfully submitted,

*/s/ Jason Altabet*
Jason Altabet (MD Bar No. 2211280012)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Telephone: (202) 305-0727
Fax: (202) 616-8460
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On February 6, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Jason Altabet*
Jason Altabet
