```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2

 3

 4     AMERICAN FEDERATION OF              )
       GOVERNMENT EMPLOYEES, AFL-CIO,      )
 5                    Plaintiffs,          )
                                           )
 6                                         ) Civil Action
       vs.                                 ) No.
 7                                         ) 25-10276-GAO
                                           )
 8     CHARLES EZELL, ACTING DIRECTOR,     )
       OFFICE OF PERSONNEL                 )
 9     MANAGEMENT, et al,                  )
                                           )
10             Defendants.                 )

11

12     BEFORE:   THE HONORABLE GEORGE A. O'TOOLE

13

14                          MOTION HEARING

15

16

17         John Joseph Moakley United States Courthouse
                         Courtroom No. 22
18                       1 Courthouse Way
                         Boston, MA 02210
19

20
                         February 6, 2025
21                          1:09 p.m.

22

23                       Valerie A. O'Hara
                       Official Court Reporter
24         John Joseph Moakley United States Courthouse
                         1 Courthouse Way
25                       Boston, MA 02210
                     E-mail: vaohara@gmail.com
```

```
 1     APPEARANCES:
 2
       For the Plaintiffs:
 3
           Democracy Forward Foundation, by ELENA GOLDSTEIN, ESQ.,
 4     and DANIEL ALEXANDER MCGRATH, ESQ., P.O. Box 34553,
       Washington, D.C. 20043;
 5
           Murphy Anderson PLLC, by NICOLAS MENDOZA, ESQ.,
 6     1401 K Street NW, Suite 300
       Washington, D.C. 20005;
 7
           Murphy Anderson, PLLC, by MICHAEL T. ANDERSON, ESQ.,
 8     33 Harrison Ave, 7th Floor, Boston, MA 02111;

 9         ANDRES M. GRAJALES, ESQ., AFGE
       80 F. Street, N.W., Washington, D.C. 20001;
10
       For the Defendants:
11
           Department of Justice - Civil Division,
12     by JOSHUA E. GARDNER, ESQ.
       Poc Agostinho, Jean, 1100 L St., N.W., Suite 12200
13     Washington, D.C. 20530.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          PROCEEDINGS
 2             THE CLERK:  Your Honor, this is Civil Matter of
 3   25-cv-10276, American Federation of Government Employees,
 4   AFL-CIO, et al.  Motion hearing.  Parties identify themselves
 5   for the Court.  For the plaintiff, please.
 6             MS. GOLDSTEIN:  Your Honor, Elena Goldstein
 7   representing the plaintiffs.
 8             MR. McGRATH:  Daniel McGrath representing the
 9   plaintiffs, your Honor.
10             MR. ANDERSON:  Michael Anderson, Murphy, Anderson for
11   the plaintiffs.
12             MR. GRAJALES:  Andres Grajales for plaintiffs.
13             MR. MENDOZA:  Nick Mendoza for the plaintiffs.
14             THE COURT:  Are there any counsel for the government
15   defendants online?  Well, all right, we'll proceed without
16   them.
17             This proceeding will be very brief.  It's my intention
18   simply to establish an appropriate and adequate briefing
19   schedule, and I make no assessment at this stage of the merits
20   of the claims or the defenses.
21             The sound is not very good.
22             Representing the government defendants?
23             THE CLERK:  Is the government present?  Are the people
24   at the bottom --
25             THE COURT:  All right, I'll just continue.  So I will
```

(timestamps: 01:09PM at line 10; 01:10PM at line 20)

1  set -- the briefing is already underway.  Of course, the
2  plaintiff's brief was submitted at the time the case was filed.
3  I'm told now that within about the last 40 minutes or so, the
4  government, the defendants, have submitted a brief.
5        I'm not clear where we are.  Let me continue.  As I
6  say now, there's a brief from the defendants, which I have not
7  yet seen.  I'm aware it's been filed.  I will permit the
8  plaintiffs to enter, to submit a further reply by the close of
9  business tomorrow, Friday, and we will schedule oral agreement
01:12PM 10 for 2:00 on Monday afternoon.
11        In aid of the proper consideration of the issues
12 presented by both sides, I enjoin the defendants from taking
13 any action to implement the so-called directive pending the
14 completion of briefing and oral agreement on the issues, and
15 that will, as I say, that hearing will be conducted Monday
16 afternoon commencing at 2:00.
17        And I believe that's as far as I want to go today, so
18 we will look for the completion of the paper submissions and
19 schedule a hearing like this one for 2:00 Monday afternoon.
01:13PM 20       MS. GOLDSTEIN:  Your Honor, may I be heard?
21 Elena Goldstein for the plaintiffs.
22        THE COURT:  Go ahead.
23        MS. GOLDSTEIN:  Your Honor, the plaintiff's directive
24 to employees state that they must either accept the directive,
25 the offer of deferred resignation by today or else that offer

|  |  |
|---|---|
| 1 | will expire.  I understand that the Court's order now pauses |
| 2 | that communication. |
| 3 | THE COURT:  Yes. |
| 4 | MS. GOLDSTEIN:  Absent notice to employees, they will |
| 5 | not know that, and they may be inclined to accept this |
| 6 | ultimatum without the benefit of this Court's consideration. |
| 7 | Accordingly, we would request that defendants be |
| 8 | required to send out notice immediately to all the employees |
| 9 | who originally received that invitation for this deferred |
| 01:13PM 10 | resignation so that they are aware of the Court's order. |
| 11 | (Indiscernible - garbled) |
| 12 | THE COURT:  I'm not understanding what was said. |
| 13 | MS. GOLDSTEIN:  I think that was someone who was not a |
| 14 | party to the case who was on the phone and was unmooted, your |
| 15 | Honor.  I believe the government is on the line.  I don't think |
| 16 | we can hear Mr. Gardner, unfortunately.  I'm not sure if there |
| 17 | is another lawyer for the government who might be able to be |
| 18 | heard. |
| 19 | MR. GARDNER:  Your Honor, can you hear me?  This is |
| 01:14PM 20 | Josh Gardner. |
| 21 | THE COURT:  All right. |
| 22 | MR. GARDNER:  Your Honor, can you hear me? |
| 23 | THE COURT:  Yes, I can hear you now. |
| 24 | MR. GARDNER:  Okay, thank you.  We have comments.  I |
| 25 | understand Ms. Goldstein's views, and if this Court believes |

1  that additional notice is appropriate at this juncture, we're
2  prepared to do that.
3           THE COURT:  And the people involved will receive that
4  notice by the close of business today?
5           MR. GARDNER:  Yes, your Honor, what I can do, I can
6  work with OPM immediately after this to ensure that the same
7  individuals who received the previous notification receive a
8  notification that the deadline is paused pending Monday's
9  hearing.
01:15PM 10          THE COURT:  Right.  That's correct.  And I assume that
11  you have the capacity to contact all those people who were
12  contacted?
13          MR. GARDNER:  I assume the answer to that is correct,
14  your Honor, given that those federal employees have received
15  multiple notices since January 28th.  I assume we would
16  distribute this notice to that same group of people.
17          THE COURT:  I presume electronically, right?
18          MR. GARDNER:  Correct.
19          THE COURT:  Okay.  I think that should satisfy the
01:15PM 20  plaintiff's concern.  So this is just a table setting session.
21  The merits of the arguments are on Monday afternoon.  That
22  completes our hearing.
23          MR. GARDNER:  Thank you, your Honor.
24          THE CLERK:  Court is in recess.
25          (Whereupon, the hearing was adjourned at 1:15 p.m.)

1                    C E R T I F I C A T E

2

3    UNITED STATES DISTRICT COURT )

4    DISTRICT OF MASSACHUSETTS ) ss.

5    CITY OF BOSTON )

6

7         I do hereby certify that the foregoing transcript,

8    Pages 1 through 7 inclusive, was recorded by me

9    stenographically at the time and place aforesaid in Civil

10   Action No. 25-10276-GAO, AMERICAN FEDERATION OF GOVERNMENT

11   EMPLOYEES, AFL-CIO vs. CHARLES EZELL, ACTING DIRECTOR,

12   OFFICE OF PERSONNEL MANAGEMENT, and thereafter by me reduced to

13   typewriting and is a true and accurate record of the

14   proceedings.

15        Dated February 7, 2025.

16

17              s/s Valerie A. O'Hara

18              _____

19              VALERIE A. O'HARA

20              OFFICIAL COURT REPORTER

21

22

23

24

25