UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, LOCAL 3707,<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO,<br><br>and<br><br>NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,<br><br>*Plaintiff*s,<br><br>v.<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management,<br><br>and<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:25-cv-10276 |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE STATES OF HAWAIʻI, MASSACHUSETTS, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, ILLINOIS, MAINE, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, WASHINGTON, AND THE DISTRICT OF COLUMBIA IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

Proposed Amici Curiae Hawaiʻi, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey,

1

New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia ("Amici States") move for leave to file an amicus brief in support of Plaintiffs' application for a temporary restraining order.  In support of the motion, Amici States assert the following:

1.  Amici States include sovereign states that are home to hundreds of thousands of federal employees who provide important government services to Amici States and their residents.

2.  Amici States support Plaintiffs' application for a temporary restraining order because the public interest is harmed by the "Fork in the Road" Directive issued by the U.S. Office of Personnel Management on January 28, 2025 ("Fork Directive") that is the subject of Plaintiffs' lawsuit.

3.  It is within a court's "sound discretion" whether to permit amicus briefing. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970).  Amicus briefing may be permitted "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotations omitted).

4.  The proposed brief will assist the Court in its consideration of the pending motion, because Amici States can speak to the disruption to crucial federal-state partnerships caused by the Fork Directive and why immediate relief is in the public interest.

5.  Counsel for the Amici States have conferred with counsel of record for the parties in this case and the Plaintiffs and Defendants do not oppose this motion.

6. A true and correct copy of Amici States' proposed brief is attached to this motion as **Exhibit A**.

## **CONCLUSION**

For the foregoing reasons, Amici States respectfully request that the Court grant the motion for leave to file the attached brief.

Respectfully submitted,

| | |
|---|---|
| **ANNE E. LOPEZ** <br> *Attorney General for the State of Hawaiʻi* <br><br> By: /s/ Kalikoʻonālani D. Fernandes <br> David D. Day <br> Special Assistant to the Attorney General <br> Kalikoʻonālani D. Fernandes <br> Solicitor General <br> Thomas J. Hughes <br> Deputy Solicitor General <br> 425 Queen Street <br> Honolulu, HI 96813 <br> (808) 586-1360 <br> kaliko.d.fernandes@hawaii.gov | **ANDREA JOY CAMPBELL** <br> *Attorney General for the Commonwealth of Massachusetts* <br><br> By: /s/ Hannah C. Vail <br> Katherine Dirks <br> Deputy Chief, Government Bureau <br> Hannah Vail <br> Assistant Attorney General, Trial Division <br> 1 Ashburton Pl. <br> Boston, MA 02108 <br> (617) 963-2277 <br> Hannah.vail@mass.gov <br> katherine.dirks@mass.gov |
| **KRIS MAYES** <br> *Attorney General for the State of Arizona* <br> 2005 N. Central Ave <br> Phoenix, AZ 85004 | **BRIAN L. SCHWALB** <br> *Attorney General for the District of Columbia* <br> 400 6th Street NW, Suite 8100 <br> Washington, DC 20001 |
| **ROB BONTA** <br> *Attorney General for the State of California* <br> 1300 I Street <br> Sacramento, CA 95814 | **KWAME RAOUL** <br> *Attorney General for the State of Illinois* <br> 115 South LaSalle Street <br> Chicago, IL 60603 |
| **PHILIP J. WEISER** <br> *Attorney General for the State of Colorado* <br> 1300 Broadway, 10th Floor <br> Denver, CO 80203 | **AARON M. FREY** <br> *Attorney General for the State of Maine* <br> 6 State House Station <br> Augusta, ME 04333 |
| **WILLIAM TONG** <br> *Attorney General of the State of Connecticut* <br> 165 Capitol Ave <br> Hartford, CT 06106 | **ANTHONY G. BROWN** <br> *Attorney General for the State of Maryland* <br> 200 Saint Paul Place <br> Baltimore, MD 21202 |
| **KATHLEEN JENNINGS** <br> *Attorney General for the State of Delaware* <br> 820 N. French St. <br> Wilmington, DE 19801 | **DANA NESSEL** <br> *Attorney General for the State of Michigan* <br> P.O. Box 30212 <br> Lansing, MI 48909 |

**KEITH ELLISON**
*Attorney General for the State of Minnesota*
102 State Capitol
75 Dr. Rev. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

**AARON D. FORD**
*Attorney General for the State of Nevada*
100 North Carson Street
Carson City, NV 89701

**MATTHEW J. PLATKIN**
*Attorney General for the State of New Jersey*
25 Market Street
Trenton, NJ 08625

**LETITIA JAMES**
*Attorney General for the State of New York*
28 Liberty Street
New York, NY 10005

**JEFF JACKSON**
*Attorney General for the State of North Carolina*
114 W. Edenton Street
Raleigh, NC 27603

**DAN RAYFIELD**
*Attorney General for the State of Oregon*
1162 Court Street NE
Salem, OR 97301

**PETER F. NERONHA**
*Attorney General for the State of Rhode Island*
150 South Main Street
Providence, RI 02903

**CHARITY R. CLARK**
*Attorney General for the State of Vermont*
109 State Street
Montpelier, VT 05609

**NICHOLAS W. BROWN**
*Attorney General for the State of Washington*
P.O. Box 40100
Olympia, WA 98504

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I, David D. Day, Special Assistant to the Attorney General for the State of Hawai'i, hereby certify that I have conferred with counsel of record for the parties in this case via email in a good faith attempt to resolve and narrow the issues posed by the motion. I further certify that the motion is unopposed.

/s/ David D. Day
David D. Day
Special Assistant to the Attorney General
State of Hawai'i Department of the Attorney General

## CERTIFICATE OF SERVICE

I, Hannah C. Vail, hereby certify that I have this day, February 9, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

/s/ Hannah C. Vail
Hannah C. Vail