# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, *et al.* <br><br> *Defendants*. | Civil Action No. 1:25-cv-10276 |

### APPEARANCE OF COUNSEL PATRICK STRAWBRIDGE

COUNSEL'S NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

The undersigned hereby appears as counsel for the State of Montana, as Amicus Curiae.

Dated: February 9, 2025

Respectfully submitted,

/s/ *Patrick Strawbridge*

Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

*Counsel for Amicus Curiae State of Montana*

1

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on February 9, 2025, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Patrick Strawbridge*
Patrick Strawbridge
