UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al.. <br><br> Defendants. | Civil Action No. 25-cv-10276 |

**MOTION FOR CLARIFICATON OF ORDER**

Plaintiffs respectfully move the Court for clarification of its order, ECF No. 60. Therein, the Court stated: "The Court orders that the current stay of the February 6, 2025, deadline to remain in effect until further order of the Court. Matter taken under advisement."

Plaintiffs request the Court clarify that Defendants must notify the federal employees that received the Fork in the Road directive that the deadline is stayed pending further order of the Court as soon as practicable today, February 10, 2025—just as the Court so ordered in issuing the underlying order on February 6, 2025. Otherwise, some members of the federal workforce might not receive notice of the extended stay of the deadline.

CERTIFICATE OF COMPLIANCE

[Local Rule 7.1]

Pursuant to Local Rule 7.1(a) and Federal Rule of Civil Procedure 65, counsel for Plaintiffs certify that they have sent—through Defendants' counsel notice of this motion. In light of the emergency character of this motion it has been impractical to meet and confer with Defendants counsel, but Plaintiffs seek such a conference if Defendant believes a resolution is possible.

DATED this 10th day of February, 2025.

Respectfully submitted,

By: /s/ Elena Goldstein
Elena Goldstein* (NY Bar No. 4210456)
Michael C. Martinez* (D.C. Bar No. 1686872)
Daniel McGrath* (D.C. Bar No. 1531723)
Skye Perryman* (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: 202-796-4426
egoldstein@democracyforward.org
mmartinez@democracyforward.org
dmcgrath@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs*

Michael T. Anderson (BBO #645533)
Nicolas Mendoza (BBO #703711)
MURPHY ANDERSON PLLC
1401 K Street N.W., Suite 300
Washington, DC 20005
Telephone: (202) 223-2620
manderson@murphypllc.com
nmendoza@murphypllc.com
*Counsel for Plaintiffs*

Teague P. Paterson* (D.C. Bar No. 144528)
Matthew S. Blumin* (D.C. Bar No. 144528)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org

mblumin@afscme.org
*Counsel for American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Rushab B. Sanghvi* (D.C. Bar No. 1012814)
Andres M. Grajales* (D.C. Bar No. 476894)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
Grajaa@afge.org
*Counsel for Plaintiff American Federation*
*of Government Employees, AFL-CIO (AFGE) and Local 3707*

Sarah Suszczyk* (M.D. Bar No. 0512150240)
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, SEIU LOCAL 5000
NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, MA 01269
Telephone: (202) 639-6426
Facsimile: (617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of Government Employees, SEIU Local 5000*

*pro hac vice admission granted Feb. 7, 2025

Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 10, 2025                    /s/ Elena Goldstein

                                            Elena Goldstein