# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al.. <br><br> Defendants. | Civil Action No. 25-cv-10276 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Clarification of Order it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendants must provide written notice of this Order to all federal employees who have received the Fork in the Road Directive as soon as practicable and must notify the Court that they have done so.

**IT IS SO ORDERED.**

DATE: _____, 2025

TIME: _____

_____
U.S. District Court Judge