UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al, <br><br> Defendants. | Civil Action No. 1:25-cv-10276 |

### DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S FEBRUARY 10 ORDER

On February 5, 2025, Plaintiffs filed a motion for a temporary restraining order requesting "staying the February 6, 2025 deadline for acceptance of the Fork in the Road Directive." ECF No. 12 at 2. Defendants filed a response the following day, ECF No. 45, and the Court held a hearing that afternoon. During that hearing, the Court stayed the deadline for federal employees to accept the federal government's voluntary deferred resignations offer until at least February 10, 2025. Following argument on the matter on February 10, the Court ordered that the stay of the February 6 deadline "remain in effect until further order of the Court." ECF No. 60. Defendants hereby notify the Court of their compliance with the Court's order, along with a declaration from Office of Personnel Management Chief Information Officer Greg Hogan and attach an exhibit reflecting the notification provided to recipients.

Dated: February 10, 2025                             Respectfully submitted,

                                                     BRETT A. SHUMATE
                                                     Acting Assistant Attorney General

                                                     DIANE KELLEHER
                                                     Director, Federal Programs Branch

/s/ *Kevin K. Bell*
KEVIN BELL
(GA Bar No. 967210)
Trial Attorney

JOSHUA E. GARDNER
Special Counsel
JASON ALTABET
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov

## CERTIFICATE OF SERVICE

On February 10, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Kevin K. Bell*
KEVIN BELL
(GA Bar No. 967210)
Trial Attorney