UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al, <br><br> Defendants. | Civil Action No. 1:25-cv-10276 |

**DECLARATION OF GREG HOGAN IN SUPPORT OF DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S FEBRUARY 10 ORDER**

I, GREG HOGAN, declare:

1. I am over eighteen (18) years old, not a party to this action, and serve as the Chief Information Officer at the Office of Personnel Management (OPM).

2. This Declaration is submitted in support of Defendants' Notice of Compliance with the Court's February 10 Order.

3. Based on my personal knowledge, OPM is complying with the order issued by this Court from the bench on February 10, 2025.

4. OPM initiated its mass email process—to notify more than two million federal employees of the extension—shortly after 7 p.m. today. To the best of OPM's ability, federal employees who received earlier emails about the Deferred Resignation program will receive notice of the extension of the program. Most federal employees will receive the email notifying them of the extension before the previous deadline closes at 11:59 p.m. today, and others will receive it overnight.

5. OPM has also updated its public-facing website to reflect the extended deadline.

1

Executed this 10th day of February 2025, at Washington, D.C.

I declare under penalty of perjury under the laws of the United States of America and under the laws of the District of Columbia that the foregoing is true and correct.

*Gregory Hogan*
Greg Hogan