**From:** HR <hr@opm.gov>
**Date:** February 10, 2025 at 7:02:56 PM EST
**Subject: Fork in the Road: Temporary Extension**
**Reply-To:** "HR@opm.gov" <hr0@opm.gov>

 In compliance with an order issued today by the District Court of Massachusetts granting a request to extend the Deferred Resignation Program, the program remains **open** to resignations. Should you wish to accept Deferred Resignation, please reply to this email from your government email address with the word "resign". OPM intends to close the program to new entrants as soon as legally permissible.

Please visit the OPM website for further information.