THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES EZELL, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>*Defendants*. | Civil Action No. 1:25-cv- 10276 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs write to inform the Court of recent factual developments that provide additional support for Plaintiffs' contention that Court has jurisdiction to hear Plaintiffs' claims. Following yesterday's February 10 hearing before this Court, President Trump removed Federal Labor Relations Authority (FLRA) Chair Susan Tsui Grundmann and Merit Systems Protection Board (MSPB) member Cathy A. Harris from their offices prior to the end of their respective statutory terms. *See* Eric Katz, *Trump fires one-third of federal employee appeals board*, GovExec (Feb. 11, 2025, 1:28 PM), https://www.govexec.com/management/2025/02/trump-fires-one-third-federal-employee-appeals-board/402912/; @LaurenKGurley, X (Feb. 11, 2025, 2:35 PM) https://x.com/LaurenKGurley/status/1889397976340337114. Both FLRA and MSPB board positions are subject only to removal for cause, and the functioning of both the FLRA and MSPB

can be significantly hampered by the loss of members. *See* 5 U.S.C. § 1202 (d); 5 U.S.C. § 7104 (b); 5 CFR § 1200.3.

As this Court is aware, Defendants contend – and Plaintiffs dispute – that Plaintiffs' complaint should be channeled to the MSPB or FLRA, and that those forums would provide "meaningful judicial review" of claims like Plaintiffs' here. ECF No. 45 at 16. Defendants are wrong for the reasons set forth in Plaintiffs' briefing and as explained during yesterday's hearing. *See* ECF 12 at 13-16; ECF 50 at 10-15. But these terminations have now fundamentally weakened these entities and undermined their bipartisan composition, further impairing any purported opportunity for "meaningful judicial review" of Defendants' Fork Directive absent this Court's exercise of jurisdiction. *Thunder Basin Coal Co. v. Reich*, 510 U.S. 200, 213 (1994) (quoting *McNary v. Haitian Refugee Center, Inc.*, 498 U.S. 479, 496 (1991)).

DATED this 11th day of February, 2025.

By: /s/Daniel McGrath
Daniel McGrath (D.C. Bar No. 1531723)
Elena Goldstein (NY Bar No. 4210456)
Michael C. Martinez (D.C. Bar No. 1686872)
Skye Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: 202-796-4426
egoldstein@democracyforward.org
mmartinez@democracyforward.org
dmcgrath@democracyforward.org
sperryman@democracyforward.org
Counsel for Plaintiffs

Michael T. Anderson (BBO #645533)
Nicolas Mendoza (BBO #703711)
MURPHY ANDERSON PLLC
1401 K Street N.W., Suite 300
Washington, DC 20005
Telephone: (202) 223-2620
manderson@murphypllc.com
nmendoza@murphypllc.com
*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
Andres M. Grajales (D.C. Bar No. 476894)

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
Grajaa@afge.org
*Counsel for Plaintiff American Federation
of Government Employees, AFL-CIO (AFGE)
and Local 3707*

Sarah Suszczyk (M.D. Bar No. 0512150240)
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, SEIU
LOCAL 5000
NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, MA 01269
Telephone: (202) 639-6426
Facsimile: (617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, SEIU Local 5000*

## Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 11, 2025                    /s/ Daniel McGrath

                                            Daniel McGrath
                                            (NY Bar No. 4210456)