# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, 80 F Street N.W., Washington, D.C. 20001, <br><br> AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, 1625 L Street, N.W. Washington, D.C. 20036, <br><br> and <br><br> NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., 159 Thomas Burgin Parkway Quincy, MA 01269, <br><br>      Plaintiffs, <br><br> v. <br><br> CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management, 1900 E Street, N.W. Washington, D.C. 20415, <br><br> and <br><br> OFFICE OF PERSONNEL MANAGEMENT, 1900 E Street, N.W. Washington, D.C. 20415, <br><br>      Defendants. | Case No. 1:25-cv-10276 |

2969787

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs American Federation of Government Employees, AFL-CIO, American Federation of State, County, and Municipal Employees, AFL-CIO, and National Association of Government Employees, Inc. ("Plaintiffs") respectfully move this Court for an extension of time of 14 days (through and including June 5, 2025) to respond to Defendants' motion to dismiss, Dkt. No. 96.

Good cause exists for a 14-day extension due to Plaintiffs' counsel's schedules, and because Plaintiffs previously consented to 24-day extension for Defendants' response to the Amended Complaint. Dkt. No. 92. Plaintiffs have not previously requested an extension, and this requested extension will not delay the proceedings or otherwise prejudice any party. On May 6, 2025, Defendants stated that they consent to this extension request.

In the interests of fairness, and for the foregoing reasons, good cause exists for the Court to grant this motion. Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs' opposition to Defendants' motion to dismiss to June 5, 2025.

2969787

DATED this 12 day of May, 2025.

By: *s/ Erin Meyer*
ERIN E. MEYER (BBO #677869)
AJAY S. KRISHNAN (CA Bar No. 222476)
CODY S. HARRIS (CA Bar No. 255302)
ERIN E. MEYER (BBO # 677869)
BAILEY W. HEAPS (CA Bar No. 295870)
NIALL R. FRIZZELL (CA Bar No. 311929)
CHARLOTTE J. KAMAI (CA Bar No. 344786)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
emeyer@keker.com
akrishnan@keker.com
charris@keker.com
bheaps@keker.com
nfrizzell@keker.com
ckamai@keker.com
*Counsel for Plaintiffs*

Elena Goldstein (NY Bar No. 4210456)
Michael C. Martinez (D.C. Bar No. 1686872)
Daniel McGrath (D.C. Bar No. 1531723)
Skye Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: (202) 796-4426
egoldstein@democracyforward.org
mmartinez@democracyforward.org
dmcgrath@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 144528)
Georgina C. Yeomans (D.C. Bar No. 1510777)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, D.C.  20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, D.C.  20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
Grajaa@afge.org
*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE) and Local 3707*

Sarah Suszczyk (M.D. Bar No. 0512150240)
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, SEIU LOCAL 5000
NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, MA  01269
Telephone: (202) 639-6426
Facsimile: (617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of Government Employees, SEIU Local 5000*

2969787

## CERTIFICATE OF SERVICE

On May 12, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*s/ Erin Meyer*
ERIN E. MEYER (BBO #677869)
