# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, 80 F Street N.W., Washington, D.C. 20001, <br><br> AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, 1625 L Street, N.W. Washington, D.C. 20036, <br><br> and <br><br> NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., 159 Thomas Burgin Parkway Quincy, MA 01269, <br><br>      Plaintiffs, <br><br>  v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, 1900 E Street, N.W. Washington, D.C. 20415, <br><br> and <br><br> OFFICE OF PERSONNEL MANAGEMENT, 1900 E Street, N.W. Washington, D.C. 20415, <br><br>      Defendants. | Case No. 1:25-cv-10276 |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, and National Association of Government Employees, Inc., respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order relevant to Defendants' Motion to Dismiss [Dkt. No. 102].[1]

On September 12, 2025, the United States District Court for the Northern District of California decided *American Federation of Government Employees, AFL-CIO v. United States Office of Personnel Management*, No. 25-cv-01780-WHA, Dkt. No. 261 (N.D. Cal., Sept. 12, 2025) (the "Order"). Plaintiffs cited a prior order from this case in their Opposition brief. [Dkt. No. 102 at 7, 16–17].

In the Order, the District Court granted the Plaintiffs' motion for partial summary judgment and denied the government's cross-motion for summary judgment. The District Court reaffirmed its prior order on jurisdiction, concluding that the plaintiffs' claims were not channeled by the Civil Service Reform Act. The Order also reached additional conclusions, not included in its prior order, regarding the impairment and unavailability of the statutory channels: the Office of Special Counsel, the Merit Systems Protection Board, and the Federal Labor Relations Authority. *See* Order at 18–25.

Plaintiffs attach a copy of the Order hereto as Exhibit A, for the Court's convenience.

---

[1] Scott Kupor was sworn in as Director of the U.S. Office of Personnel Management on July 14, 2025, and he has been automatically substituted as the Defendant in this case in his official capacity. Fed. R. Civ. P. 25(d).

DATED this 16th day of September, 2025.

By:  /s/ Charlotte Kamai
AJAY S. KRISHNAN (CA Bar No. 222476)
CODY S. HARRIS (CA Bar No. 255302)
ERIN E. MEYER (BBO # 677869)
BAILEY W. HEAPS (CA Bar No. 295870)
NIALL M. FRIZZELL (CA Bar No. 311929)
CHARLOTTE KAMAI (CA Bar No. 344786)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
akrishnan@keker.com
charris@keker.com
emeyer@keker.com
bheaps@keker.com
nfrizzell@keker.com
ckamai@keker.com
*Counsel for Plaintiffs*

Elena Goldstein (NY Bar No. 4210456)
Michael C. Martinez (D.C. Bar No. 1686872)
Daniel McGrath (D.C. Bar No. 1531723)
Skye Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: (202) 796-4426
egoldstein@democracyforward.org
mmartinez@democracyforward.org
dmcgrath@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 144528)
Georgina C. Yeomans (D.C. Bar No. 1510777)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, D.C. 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
gyeomans@afscme.org
*Counsel for American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, D.C. 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE) and Local 3707*

Sarah Suszczyk (M.D. Bar No. 0512150240)
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, SEIU LOCAL 5000
NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, MA 01269
Telephone: (202) 639-6426
Facsimile: (617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of Government Employees, SEIU Local 5000*

3104503

**CERTIFICATE OF SERVICE**

    I, Charlotte Kamai, hereby certify that on September 16, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated: San Francisco, CA<br>September 16, 2025 | */s/ Charlotte Kamai*<br>Charlotte Kamai |

1

3104503