UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**American Federation of
Government Employees, AFL-CIO et al**

        Plaintiff(s)

                CIVIL ACTION

V.

                NO. 1:25-10276-GAO

**Charles Ezell et al**

        Defendant(s)

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

    In accordance with the Court's OPINION AND ORDER (Dkt. No. 104) dated September 24, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                        By the Court,

9/24/2025                                  /s/ Flaviana de Oliveira
Date                                      Deputy Clerk