# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, 80 F Street N.W., Washington, D.C.  20001, <br><br> AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, 1625 L Street, N.W. Washington, D.C.  20036, <br><br> and <br><br> NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., 159 Thomas Burgin Parkway Quincy, MA  01269, <br><br>                    Plaintiffs, <br><br>      v. <br><br> CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management, 1900 E Street, N.W. Washington, D.C.  20415, <br><br> and <br><br> OFFICE OF PERSONNEL MANAGEMENT, 1900 E Street, N.W. Washington, D.C.  20415, <br><br>                    Defendants. | Case No. 1:25-cv-10276-GAO |

**NOTICE OF APPEAL**

3130180

Notice is hereby given that AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., the Plaintiffs in the above-named matter, hereby jointly appeal to the United States Court of Appeals for the First Circuit from the Order granting the motion to dismiss with prejudice entered in this action on September 24, 2025.

Respectfully submitted,

Dated: October 7, 2025     By:  /s/ Cody S. Harris
CODY S. HARRIS (CA Bar No. 255302)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
charris@keker.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Sandy Giminez, hereby certify that on October 7, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: October 7, 2025

Sandy Giminez

1

3130180