**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: American Federation of Government Employees, AFL-CIO et al v. Ezell et al

District Court Number: 25cv10276-GAO

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_           Sealed documents   Yes ____ No _X_
If yes, document # _____             If yes, document # _____

*Ex parte* documents   Yes ____ No _X_      Transcripts   Yes _X_ No ____
If yes, document # _____             If yes, document # 48, 63

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#104 Opinion and Order, #105 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#104, #105, and #106

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 106 filed on October 7, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 7, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**